**A. VEXLER, Plaintiff in Error, v. MARYLAND CASUALTY COMPANY, Defendant in Error.**

**No. 1848—6710.**

Commission of Appeals of Texas, Section A.
May 15, 1935.

David Weintraub, of San Antonio, for plaintiff in error.

R. H. Mercer, of San Antonio, for defendant in error.

Affirming judgment 66 S.W.(2d) 1081.

HARVEY, Commissioner.

In the trial court, A. Vexler recovered a judgment against the Maryland Casualty

624

Company on a burglary insurance policy covering a safe. The Court of Civil Appeals correctly reversed the said judgment and rendered judgment for the Casualty Company. National Surety Co. v. Volk Bros. Co., 63 S.W.(2d) 223. The case is controlled by the case of National Surety Co. v. Volk Bros. Co., Inc. (Tex. Com. App.) 82 S.W.(2d) 622, this day decided. The judgment of the Court of Civil Appeals herein is affirmed.

Opinion adopted by the Supreme Court.